THOMAS E. SHEA, as Trustee, etc., v. RIVERVIEW CANNING COMPANY, a Foreign Corporation.— Preference granted for January 8, 1931.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THOMAS E. SHEA, as Trustee, etc., v. FALLS CANNING COMPANY.— Preference granted for January 8, 1931.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of CHARLES J. FOLEY, as Committee of the Person and Property of AUGUSTA HEARNE FOLEY, an Incompetent Person, for an Order Requiring DAVID C. MYERS to Turn over Certain Jewelry.— Motion granted, upon condition that appellant, within five days from entry of order, file an undertaking with sufficient surety in the sum of $3,000 conditioned to secure the committee of the incompetent from loss or damage in the event that order appealed from be affirmed.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application of GIUSEPPA RAINIERI against DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK and Others.— Motion granted.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

LILLIAN MILSTEIN v. CHATHAM CAFETERIA, INC., and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Discovery Proceedings by the Ancillary Executor of the Estate of ROBERT BENTLEY, Deceased.— Motion granted.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

KALUSZER YOUNG MEN'S BENEVOLENT SOCIETY, INC., v. INDEPENDENT KALUSZER YOUNG MEN'S SICK BENEVOLENT SOCIETY, INC.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MARY FRANZ v. FRIEDA NIGRI.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

LEWIS COREY, etc., v. MAX SAMUEL, etc., and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JAY H. GREEN v. ARKAY IMPORTING COMPANY, INC., and Others.— Application denied, with ten dollars costs, and stay vacated.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

FRANKLYN BACKER v. GEORGE D. TILLOTSON and Another.— Motion denied, with ten dollars costs.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JULE F. SHAPIRO v. LOUIS N. SHAPIRO.— Application denied, with ten dollars costs, and stay vacated.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MAX J. BUECHLER v. JOHN C. A. GERSTER.  JOHN C. A. GERSTER v. MAX BUECHLER.— Motion denied, with ten dollars costs.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MAX SIMON v. HEROLD SIMONS COMPANY, INC., and Others.— Motion granted, with ten dollars costs.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.